IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| MICHAEL CHEEK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) CASE NO.: 5:09CV-146-R |
| | ) |
| PADUCAH & LOUISVILLE | ) |
| RAILWAY, INC., | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

### I. PARTIES AND JURISDICTION

1. The Defendant, Paducah & Louisville Railway, Inc., is an Kentucky corporation which operates a railroad between Louisville, Kentucky and Paducah, Kentucky.

2. The Plaintiff, Michael Cheek, is an employee of the Defendant, Paducah & Louisville Railway, Inc., and resides in Paducah, Kentucky.

3. The Plaintiff, Michael Cheek, all times referred to herein, was an employee of the Defendant and was acting within the line and scope of his employment for the Defendant. The Plaintiff's duties of employment for the Defendant were in furtherance of interstate commerce or directly or closely affected interstate commerce.

5. This action is brought pursuant to the provisions of the Federal Employers Liability Act, 45 U.S.C., §51, et seq. This Court has jurisdiction pursuant to 28 U.S.C. §1331, in that this is an action arising under the laws of the United States.

## II.  FACTS

6. On August 10, 2006, the Plaintiff, Michael Cheek, was employed as an engineer by Paducah & Louisville Railway, Inc. on a train being operated near Calvert City, Kentucky.  As Mr. Cheek's train came around a curve, he discovered another Paducah & Louisville train stopped on the tracks ahead of him.  He applied his emergency brakes, but his train did not stop in time to avoid the collision.

7. During the collision of the trains, Mr. Cheek suffered severe and permanently disabling injuries.

## III.  FIRST CAUSE OF ACTION

8. All of the Plaintiff's injuries and damages were caused, in whole or in part, by the negligence of the Defendant, Paducah & Louisville Railway, Inc., its agents, servants or employees while acting within the line and scope of their employment for said Defendant, or by reason of a defect or insufficiency due to the Defendant's negligence in its work practices and safety practices at the time and place where the Plaintiff suffered his above mentioned injuries and damages.

## IV.  SECOND CAUSE OF ACTION

9. All of the Plaintiff's injuries and damages were caused, in whole or in part, by the negligent failure of the Defendant to use reasonable care to provide to the Plaintiff a reasonably safe place for the Plaintiff to perform his work and labor for the Defendant.

## V.  DAMAGES

10. The Plaintiff avers that as a direct result of the negligence of the Defendant, he has been caused to suffer the following injuries and damages:

  (a) Past lost wages;

  (b) Future lost wages and fringe benefits;

  (c) Impairment of earning capacity;

  (d) Past and future physical pain and mental anguish;

11. As damages, the Plaintiff claims of the Defendant the sum of Three Million Dollars ($3,000,000.00).

## VI.  JURY DEMAND

11.\_\_\_The Plaintiff demands a trial by a jury.

WHEREFORE, the Plaintiff prays for a trial by jury, that summons issue, that judgment be entered in favor of him and against the Defendant and that the following relief be granted:

  (a) That the Plaintiff be awarded damages in an amount to fully and fairly compensate him for his injuries;

  (b) That the cost of this action be assessed against the Defendant.

  (c) That this Court grant such other and further relief as it deems just and proper.

            s/James H Wettermark
            James H. Wettermark
            Wettermark Holland & Keith, LLC
            2101 Highland Avenue S., Suite 700
            Birmingham, AL 35205
            205-933-9500
            205-212-9500 (facsimile)
            james@whklaw.com
            Attorney for Plaintiff